IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTSIDE VENTURES, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: 4:19-CV-02928 |
| | § | |
| HOUSTON COMMUNITY COLLEGE SYSTEM DISTRICT, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## HCC'S SUPPLEMENT TO ITS DESIGNATION OF EXPERTS

Houston Community College (HCC) files the attached supplemental letter to the Expert Report of Matt Deal. *See* Supplemental Letter dated December 26, 2024, attached as Exhibit A.

Documents pertaining to the December 26, 2024, Supplemental Letter that are responsive to Rule 26(a)(2) of the Federal Rules of Civil Procedure are being separately provided to Westside's counsel via email.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
State Bar No. 24045576
Federal I.D. No. 619970
jbrush@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEY FOR HCC

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles McFarland
Marie D. Harlan
Laura S. Manion
*(Via Email:* cmcfarland@mcfarlandpllc.com, mharlan@mcfarlandpllc.com, and lmanion@mcfarlandpllc.com)
*Counsel for Plaintiff Westside Ventures, Ltd.*

_____
Jonathan G. Brush
Attorney for Defendant HCC

2