IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTSIDE VENTURES, LTD. | § | |
| | § | |
| VS. | § | 4:19-CV-02928 |
| | § | |
| HOUSTON COMMUNITY COLLEGE SYSTEM DISTRICT | § § | |

## **JOINT STATEMENT OF THE CASE**

This is a takings case. HCC purchased 25.17 acres of land at the northeast corner of I-10 and the Grand Parkway in West Houston for the construction of a community college campus. The property was subject to deed restrictions benefiting Westside's properties in the same development, which restricted the permissible uses of the 25.17 acres to single-family residential, office, or office warehouse uses. Because Westside's restrictions cannot be enforced against HCC, HCC's purchase was a taking of Westside's interest in these deed restrictions, requiring the payment of just compensation for the difference, if any, in market value of Westside's properties resulting from this taking.

APPROVED:

/s/ Charles McFarland
Charles B. McFarland
State Bar No. 00794269
Federal ID No. 19305
Tel 713.325.9701
Email cmcfarland@mcfarlandpllc.com

MCFARLAND PLLC
811 Louisiana St., Suite 2520
Houston, Texas 77002
Tel 713.325.9700
Fax 844.270.5032

Attorney-In-Charge for Plaintiff,
Westside Ventures, Ltd.

/s/ Jonathan G. Brush
JONATHAN G. BRUSH
State Bar No. 24045576
Federal I.D. No. 619970
jbrush@rmgllp.com

ROGERS, MORRIS & GROVER, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR HCC