United States Courts
Southern District of Texas
FILED
*1/29/2025*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTSIDE VENTURES | § § § | |
| VS. | § § | Case No. 4:19-cv-02928 |
| HOUSTON COMMUNITY COLLEGE SYSTEM | § § | |

CERTIFICATION OF TRIAL EXHIBITS

By signing below, we acknowledge that we have reviewed the Plaintiff(s) and Defendant(s) exhibits admitted by the Court and find that they are correct.

Plaintiff's Exhibit Nos.:

1-6, 9-72, 74-75, 77-78, 80, 82, 86-87

Defendant's Exhibit Nos.:

3-4, 6-14, 18-24, 27, 29-30

Attorney for Plaintiff: _[signature]_

Attorney for Defendant: _[signature]_