United States Courts
Southern District of Texas
FILED

*1/29/2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTSIDE VENTURES, LTD. § § § | |
| V. § § | Case No. 4:19-cv-02928 |
| HOUSTON COMMUNITY COLLEGE SYSTEM § § § | |

JURY NOTE NO. 1

Did HCC outright pay for the property or was it ~~eminent~~ eminent domain.

Or was the "taking" only in reference to the Deed Restrictions

29 January    6:49pm
_____
Date and Time

RESPONSE:

HCC purchased the 25.17 acres without exercising the power of eminent domain. The only taking relates to the deed restrictions benefitting Westside's surrounding properties

1/29/2025
_____
Date

_Drew B Tipton_
_____
DREW B. TIPTON
United States District Judge