United States Courts
Southern District of Texas
FILED
*1/29/2025*
Nathan Ochsner, Clerk of Court

# VERDICT FORM

## Question No. 1

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Westside for its damages, if any, that resulted from Defendant HCC's taking on April 10, 2019?

Answer in dollars and cents.

Answer: $ _____0_____

Complete the Verdict Certificate and hand it to the court security officer.

## VERDICT CERTIFICATE

____✓____   Our verdict is unanimous. All seven of us have agreed to each and every answer. The presiding juror has signed the certificate for all seven of us.

Date: __29 January 2025__