United States Courts
Southern District of Texas
FILED
*1/29/2025*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTSIDE VENTURES | § § § | |
| VS. | § § | Case No. 4:19-cv-02928 |
| HOUSTON COMMUNITY COLLEGE SYSTEM | § § | |

RECEIPT FOR WITHDRAWAL OF TRIAL EXHIBITS

By signing below, we acknowledge that we have received the Plaintiff(s) and Defendant(s) exhibits admitted by the Court and will file admitted exhibits into the record.

Plaintiff's Exhibit Nos.:

1-6, 9-72, 74-75, 77-78, 80, 82, 86-87

Defendant's Exhibit Nos.:

3-4, 6-14, 18-24, 27, 29-30

Attorney for Plaintiff: *Charles McFarland*

Attorney for Defendant: *Jonathan C. Nhi*