United States District Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WESTSIDE VENTURES, LTD.,** | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 4:19-CV-02928 |
| **HOUSTON COMMUNITY COLLEGE SYSTEM DISTRICT,** | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

This case was tried to a jury from January 27 through January 29, 2025. On January 29, 2025, the jury returned a verdict in favor of Defendant, on Plaintiff's sole claim. Based on the jury's verdict, the Court awards judgment in favor of Defendant.

It is hereby ordered, adjudged, and decreed that Plaintiff take nothing on its claim against Defendant.

This is a **FINAL JUDGMENT.**

Signed on January 30, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**