IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTSIDE VENTURES, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: 4:19-CV-02928 |
| § | |
| HOUSTON COMMUNITY COLLEGE § | |
| SYSTEM DISTRICT, § | |
| § | |
| Defendant. § | |

**SECOND AMENDED TRIAL EXHIBIT LIST OF**
**HOUSTON COMMUNITY COLLEGE**

Pursuant to the Court's email instruction of January 29, 2025, Houston Community College (HCC) files its second amended trial exhibit list to conform to the additional exhibits proffered by HCC at trial.

| No. | Description | Admit | N/Adm |
|---|---|---|---|
| DX1 | Expert Report of Deal Sikes dated 10/3/2022, with all exhibits and attachments. | | ✓ |
| DX2 | Supplemental Letter of Deal Sikes dated 12/26/24, with all exhibits and attachments | | ✓ |
| DX3 | Deal's Appraiser Certification | ✓ | |
| DX4 | Deal's Executive Summary | ✓ | |
| DX5 | Deal's Photographs | | ✓ |
| DX6 | Deal's Maps | ✓ | |
| DX7 | Deal's Assumptions and Limiting Conditions | ✓ | |
| DX8 | Deal's Scope of Work | ✓ | |

| No. | Description | Admit | N/Adm |
|---|---|---|---|
| DX9 | Deal's Factual Data and Analysis - Before the Acquisition | ✓ | |
| DX10 | Deal's Factual Data and Analysis - After the Acquisition | ✓ | |
| DX11 | Deal's Factual Data and Analysis - After the Acquisition<br>1. Highest and Best Use of the 25.17 Acres | ✓ | |
| DX12 | Deal's Factual Data and Analysis - After the Acquisition<br>2. Unique Features of the HCC Katy Campus | ✓ | |
| DX13 | Deal's Factual Data and Analysis - After the Acquisition<br>3. Property and Development History | ✓ | |
| DX14 | Deal's Factual Data and Analysis - After the Acquisition<br>4. Paired Sales Analysis | ✓ | |
| DX15 | Deal's Factual Data and Analysis - After the Acquisition<br>5. Positive Change in the After Instance | | ✓ |
| DX16 | Deal's Factual Data and Analysis - After the Acquisition<br>6. Market Perceptions of Community College Campuses | | ✓ |
| DX17 | Deal's Factual Data and Analysis - After the Acquisition<br>7. Market Survey and Public Sentiment | | ✓ |
| DX18 | Deal's Factual Data and Analysis - After the Acquisition<br>8. Conclusion | ✓ | |
| DX19 | Deal's Addendum (Land Comparables) | ✓ | |
| DX20 | Deal's Addendum (Paired Sales) | ✓ | |
| DX21 | Deal's Professional Qualifications | ✓ | |
| DX22 | Deal's For Year Testimony Log as of 10/3/22 | ✓ | |

| No. | Description | Admit | N/Adm |
|---|---|---|---|
| DX23 | Deal's Hourly Rates | ✓ | |
| DX24 | Deal's Supplemental Letter – Photographs of Development and Usage | ✓ | |
| DX25 | Deal's Supplemental Letter – Sueba Development Timeline | | ✓ |
| DX26 | Deal's Supplemental Letter – Marketing Materials | | ✓ |
| DX27 | Deal's Supplemental Letter – Paired Sale Analysis | ✓ | |
| DX28 | Deal's Supplemental Letter – Photos | | ✓ |
| DX29 | Korman work file – Aerial Photo | ✓ | |
| DX30 | Korman work file – Aerial Photos | ✓ | |
| DX31 | Deal working file – Development Plans | | ✓ |

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.    HAYNES AND BOONE, LLP

_____    /s/ Garrett Martin
JONATHAN G. BRUSH    By permission – Jonathan G. Brush
State Bar No. 24045576
Federal I.D. No. 619970    _____
jbrush@rmgllp.com    GARRETT MARTIN
5718 Westheimer, Suite 1200    State Bar No. 24092765
Houston, Texas 77057    Federal I.D. No. 3060533
Telephone: 713/960-6000    garrett.martin@haynesboone.com
Facsimile: 713/960-6025    JULIAN SHARP
    State Bar No. 24139253
    Federal I.D. No. 3898838
    julian.sharp@haynesboone.com
    1221 McKinney Street, Suite 4000
    Houston, Texas 77010
    Telephone: (713) 547-2133

ATTORNEYS FOR DEFENDANT
HOUSTON COMMUNITY COLLEGE SYSTEM DISTRICT

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
Attorney for HCC