IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| WESTSIDE VENTURES, LTD., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: 4:19-CV-02928 |
| | § | |
| HOUSTON COMMUNITY COLLEGE SYSTEM DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## HOUSTON COMMUNITY COLLEGE'S TRIAL EXHIBIT LIST

| NO | DESCRIPTION | |
|---|---|---|
| 1 | N/A | N/A |
| 2 | N/A | N/A |
| 3 | Deal's Appraiser Certification | No redactions |
| 4 | Deal's Executive Summary | No redactions |
| 5 | N/A | N/A |
| 6 | Deal's Maps | No redactions |
| 7 | Deal's Assumptions and Limiting Conditions | Redacted when admitted |
| 8 | Deal's Scope of Work | No redactions |
| 9 | Deal's Factual Data and Analysis - Before the Acquisition | No redactions |
| 10 | Deal's Factual Data and Analysis - After the Acquisition | No redactions |
| 11 | Deal's Factual Data and Analysis - After the Acquisition<br>1. Highest and Best Use of the 25.17 Acres | No redactions |
| 12 | Deal's Factual Data and Analysis - After the Acquisition<br>2. Unique Features of the HCC Katy Campus | No redactions |
| 13 | Deal's Factual Data and Analysis - After the Acquisition<br>3. Property and Development History | No redactions |

| 14 | Deal's Factual Data and Analysis - After the Acquisition<br>4. Paired Sales Analysis | No redactions |
|----|---|---|
| 15 | N/A | N/A |
| 16 | N/A | N/A |
| 17 | N/A | N/A |
| 18 | Deal's Factual Data and Analysis - After the Acquisition<br>8. Conclusion | No redactions |
| 19 | Deal's Addendum (Land Comparables) | Redacted when admitted |
| 20 | Deal's Addendum (Paired Sales) | No redactions |
| 21 | Deal's Professional Qualifications | No redactions |
| 22 | Deal's For Year Testimony Log as of 10/3/22 | No redactions |
| 23 | Deal's Hourly Rates | No redactions |
| 24 | Deal's Supplemental Letter – Photographs of Development and Usage | No redactions |
| 25 | N/A | N/A |
| 26 | N/A | N/A |
| 27 | Deal's Supplemental Letter – Paired Sale Analysis | No redactions |
| 28 | N/A | N/A |
| 29 | Korman work file – Aerial Photo | No redactions |
| 30 | Korman work file – Aerial Photos | No redactions |
| 31 | N/A | N/A |

Respectfully submitted,

| | |
|---|---|
| ROGERS, MORRIS & GROVER, L.L.P. | HAYNES AND BOONE, LLP |
| *Jonathan G. Brush* (signature) | /s/ Garrett Martin |
| _____ | By permission – Jonathan G. Brush |
| JONATHAN G. BRUSH | _____ |
| State Bar No. 24045576 | GARRETT MARTIN |
| Federal I.D. No. 619970 | State Bar No. 24092765 |
| jbrush@rmgllp.com | Federal I.D. No. 3060533 |
| 5718 Westheimer, Suite 1200 | garrett.martin@haynesboone.com |
| Houston, Texas 77057 | JULIAN SHARP |
| Telephone: 713/960-6000 | State Bar No. 24139253 |
| Facsimile: 713/960-6025 | Federal I.D. No. 3898838 |
| | julian.sharp@haynesboone.com |
| | 1221 McKinney Street, Suite 4000 |
| | Houston, Texas 77010 |
| | Telephone: (713) 547-2133 |

ATTORNEYS FOR DEFENDANT
HOUSTON COMMUNITY COLLEGE SYSTEM DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Jonathan G. Brush* (signature)
_____
Attorney for HCC

3