## APPRAISER'S CERTIFICATION

In accordance with the Uniform Standards of Professional Appraisal Practice, we certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. We have not performed any appraisal services related to the subject property within the three years prior to the date of this Appraisal Report.

5. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

6. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

9. Matthew C. Deal, CRE, Mark O. Sikes, and Matthew S. Brollier made a personal inspection of the subject properties. Jacquelyn Servaty did not make a personal inspection of the subject properties.

10. The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

11. Our estimate of retrospective market value after the Houston Community College System ("HCC") acquired Westside Ventures, Ltd.'s real property interest generated by deed restrictions imposed on HCC's Property is based upon the Court's articulation of the rights taken set forth in its October 7, 2021, Opinion on Partial Summary Judgement. We reserve the right to alter our opinions if new information comes to light.

C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 3

**APPRAISER'S CERTIFICATION**

12. Mark O. Sikes, Jacquelyn Servaty, and Matthew S. Brollier provided significant assistance to the person signing this certification with regional research and analysis, market area research and analysis, property inspections and photographs, sales research, property valuation and analysis, and report writing.

13. As of the date of this report, I (Matthew C. Deal, CRE) have completed the Standards and Ethics Education Requirements for Practicing Affiliates of the Appraisal Institute.

14. As of the date of this report I, (Matthew C. Deal, CRE) have completed the continuing education program for Practicing Affiliates of the Appraisal Institute.

15. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

16. This Appraisal Report complies with Standard 2-2(a) of the *Uniform Standards of Professional Appraisal Practice (USPAP)*. The *Uniform Appraisal Standards for Federal Land Acquisitions* was utilized as a guide; however, this Appraisal Report is not intended to conform to *The Uniform Appraisal Standards for Federal Land Acquisitions*.

17. The appraisal was developed and the Appraisal Report was prepared in conformance with the Appraisal Standards Board's *Uniform Standards of Professional Appraisal Practice*.

18. As of the effective date of the appraisal, the retrospective market value of the subject properties before HCC's acquisition through inverse condemnation is $96,900,000. After the acquisition, the retrospective market value of the subject properties is $96,900,000. The difference between these two market value estimates is $0.

*[Signature]*

Matthew C. Deal, CRE  
State Certified TX-1324906-G

October 3, 2022  
Date