**Regional Map**



**Market Area Map**



C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 6

C.A. No. 4:19-CV-2928
Defendant's Exhibit 6-1

**Aerial Photograph – Subject (Tracts A – D)**
**(Nearmap – 02/22/19)**



**Aerial Photograph – Subject (Tracts A – D) w/ HCC Property**
**(Nearmap – 02/22/19)**



**Harris County Tax Map – Subject (Tracts A – D)**



**FEMA FIRM (48201C0595M – 11/15/2019) – Subject (Tracts A – D)**



C.A. No. 4:19-CV-2928
Defendant's Exhibit 6-3