## ASSUMPTIONS & LIMITING CONDITIONS

1. This report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice, in the appraisal of realty and realty rights except to the extent that the appraisal required invocation of USPAP's Jurisdictional Exception Rule.

2. The appraiser assumes no responsibility for matters legal in character, nor does he render any opinion as to the title, which is assumed to be marketable. Unless otherwise specified in the report, the property is analyzed as though free and clear and under responsible ownership and competent management.

3. Information furnished by others is assumed to be true, correct and reliable. A reasonable effort has been made to verify such information; however, the appraiser assumes no responsibility for its accuracy. The value conclusions are subject to the correctness of said data.

4. The appraiser assumes that all applicable use regulations and restrictions have been complied with, unless nonconformity has been stated, defined, and considered in the Appraisal Report. The appraiser assumes that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

5. [redacted]

6. The appraiser has made no engineering survey. Except as specifically stated, data relative to size and areas were taken from sources considered reliable. The utilization of the land and improvements, if applicable, is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

7. The appraisal is for purposes of valuation only and is not to be taken, used or represented as an endorsement or guarantee of the physical, structural or equipment conditions which exist in the property. It is assumed that there are no hidden defects that would not be apparent from visual inspection and, if applicable, that all fixtures are operable unless otherwise indicated by the owner or owner's representative.

**ASSUMPTIONS & LIMITING CONDITIONS**

8. All maps, plats, and exhibits included herein are for illustration only provided as an aid in visualizing matters discussed within the report. Unless so noted, these maps, plats and exhibits should not be considered as surveys or relied upon for any other purpose.

9. Consideration has not been given in this appraisal to personal property located on the premises, or to the cost of moving or relocating such personal property, unless otherwise stated.

10. Possession of this report or any copy hereof does not carry with it the right of publication, nor may the same be used for any purpose without the previous written consent of **Deal Sikes,** and in any event, only in its entirety and with proper qualification. Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relation, news, sales or other media without the written consent and approval of Mathew C. Deal or Mark O. Sikes. The appraiser acknowledges that a copy of the report will be provided to the client or their representative. No opinion is expressed as to the value of subsurface oil, gas, or mineral rights and that the property is not subject to surface entry for the exploration or removal of such materials except as is expressly stated.

11. Our estimate of retrospective market value after HCC's acquisition of the described property rights is based upon the Court's articulation of the rights taken as set forth in its October 7, 2021, Opinion on Partial Summary Judgement. The client is advised that an adjustment to the valuation contained in this report may be required, if subsequent information significantly conflicts with these assumptions**.** We reserve the right to alter our opinions if new information comes to light.

12. This Appraisal Report complies with Standard 2-2(a) of the *Uniform Standards of Professional Appraisal Practice (USPAP)*. The *Uniform Appraisal Standards for Federal Land Acquisitions* was utilized as a guide; however, this Appraisal Report is not intended to conform to *The Uniform Appraisal Standards for Federal Land Acquisitions*.