**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 1

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Effectively Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | Wrapping the NE/C of Kingsland Boulevard and Cobia Drive, Houston ETJ, Harris County, TX 77494 |
| Legal Description | : | 5.325 acres being a portion of Unrestricted Reserve "A", Block 1, Springfield Section Five Subdivision, in the F. Hamilton Survey, Abstract No. 1262, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | July 15, 2019 |
| Grantor | : | KNA Springfield Venture |
| Grantee | : | Kingsland Park LP |
| Tax ID No. | : | 121-481-001-0001 |
| Recording No. | : | 2019-303321 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 5.325 |
| Size (SF) | : | 231,957 |
| Zoning | : | N/A |
| Frontage | : | Kingsland Blvd: 305 FF |
| | | Cobia Dr: 308 FF |
| Utilities | : | All Available – Cimarron MUD |
| Flood Plain | : | None |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-1

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 1
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's Length |
| Sales Price | : | $2,783,536 |
| Price/SF | : | $12.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The property was developed with a senior housing multi-family building. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-2

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 2

 

#### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | SE/C of Mercantile Parkway and Grand West Boulevard, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 6.060 acres of land out of the H.T. & B.R.R. Survey, Block 3, Section 9, Abstract 421, Harris County, TX |

#### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 14, 2019 |
| Grantor | : | Parkside NEC Grand Parkway/I-10, Ltd. |
| Grantee | : | EPR Karting, LLC |
| Tax ID No. | : | 128-396-005-0004 |
| Recording No. | : | RP-2019-253964 |

#### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 6.060 |
| Size (SF) | : | 263,992 |
| Zoning | : | N/A |
| Frontage | : | Grand West Boulevard: 543 FF |
| | | Mercantile Parkway: 469 FF |
| Utilities | : | All Available – Harris County MUDs # 62 & 63 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-3

TRACTS A, B, & C LAND SALES COMPARABLES

## TRACTS A, B, & C LAND COMPARABLE NO. 2
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,035,908 |
| Price/SF | : | $11.50 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The buyer developed an indoor karting and arcade venue.  The property is within Harris County Improvement District No. 25. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-4

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 3

 

#### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | NW/C of West Fernhurst Drive and Western Centre Drive, Houston ETJ, Harris County, TX 77494 |
| Legal Description | : | 6.873 acres of land out of the C.P. Collins Survey, Abstract 1330, Harris County, TX |

#### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | May 15, 2019 |
| Grantor | : | Grand Parkway/I-10 Associates, L.P. |
| Grantee | : | EMF Grand Parkway, LLC |
| Tax ID No. | : | 134-616-010-0001 |
| Recording No. | : | RP-2019-201543 |

#### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 6.873 |
| Size (SF) | : | 299,392 |
| Zoning | : | N/A |
| Frontage | : | West Fernhurst Drive: 575 FF |
| | | Western Centre Drive: 567 FF |
| Utilities | : | All Available – Cimarron MUD |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-5

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 3
#### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,293,312 |
| Price/SF | : | $11.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The property was developed by Greystar with the 240-unit Encore Motif apartments. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-6

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 4

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | N/S of Colonial Parkway at the N terminus of Park West Green Drive, Harris County, TX 77493 |
| Legal Description | : | 11.639 acres situated in the Henry Huston Survey, Abstract 1679, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | October 31, 2018 |
| Grantor | : | Katy Promise Joint Venture |
| Grantee | : | Broadstone Colonial Alliance, LLC |
| Tax ID No. | : | 048-216-000-0029; -0030 |
| Recording No. | : | RP-2018-497242 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 11.639 |
| Size (SF) | : | 507,016 |
| Zoning | : | N/A |
| Frontage | : | Colonial Parkway: 1,210 FF |
| Utilities | : | All Available – West Harris County MUD #5 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-7

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 4
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $4,309,636 |
| Price/SF | : | $8.50 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The property was purchased for the development of a multi-family housing complex. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-8

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 5

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | SW/C of Western Centre Drive and Grand Centre Drive, Houston ETJ, Harris County, TX 77494 |
| Legal Description | : | 11.636 acres in all of Reserve F of Grand Crossing Replat No. 1, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | October 02, 2018 |
| Grantor | : | Grand Parkway/I-10 Associates, L.P. |
| Grantee | : | OH Grand Crossing, LP |
| Tax ID No. | : | 134-616-010-0004 |
| Recording No. | : | RP-2018-453109 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 11.636 |
| Size (SF) | : | 506,875 |
| Zoning | : | N/A |
| Frontage | : | Grand Centre Drive: 759 FF |
| | | Western Centre Drive: 704 FF |
| Utilities | : | All Available - Cimarron MUD |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-9

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 5
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $5,575,625 |
| Price/SF | : | $11.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The buyer's intended use is development of the 329-unit Soneto on Western apartments. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-10

**TRACTS A, B, & C LAND SALES COMPARABLES**

## TRACTS A, B, & C LAND COMPARABLE NO. 6

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Fort Bend County, TX |
| Location | : | NE/C of Interstate 10 and Pin Oak Road, Katy, Fort Bend County, TX 77494 |
| Legal Description | : | 29.440 acres in the Jesse Thompson Survey, Abstract 393, and the John McKnight Survey, Abstract 292, Fort Bend County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 29, 2018 |
| Grantor | : | Katy Village, LP |
| Grantee | : | American Furniture Warehouse, Co. |
| Tax ID No. | : | 482849 |
| Recording No. | : | 2018.073041 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 29.440 |
| Size (SF) | : | 1,282,406 |
| Zoning | : | C-2 - General Business District |
| Frontage | : | Interstate 10: 1,350 FF |
| | | Pin Oak Road: 980 FF |
| | | Pin Oak Court: 1,270 FF |
| Utilities | : | None |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-11

**TRACTS A, B, & C LAND SALES COMPARABLES**

## TRACTS A, B, & C LAND COMPARABLE NO. 6
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $15,388,877 |
| Price/SF | : | $12.00 |
| Proposed Use | : | Commercial Development |
| Comments | : | The property was sold for development of a distribution warehouse with a retail showroom. No public utilities were immediately available on the site at the time of sale. Approximately 5 acres were reserved for a CenterPoint facility. The buyer paid a premium for the interstate frontage for retail exposure. The buyer constructed a driveway from the I-10 frontage road and built Pin Oak Court to provide additional access on the north line of the property. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-12

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 7

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | Wraps the SW/C of Kingsland Boulevard and the Grand Parkway, Houston ETJ, Harris County, TX 77494 |
| Legal Description | : | 27.937 acres in the Frank Hamilton Survey, Abstract 1262, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | March 02, 2018 |
| Grantor | : | St. Luke's Health System Corporation |
| Grantee | : | OH SL, LP |
| Tax ID No. | : | 140-663-001-0001 and 131-342-001-0002 |
| Recording No. | : | RP-2018-91996 and -91997 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 27.937 |
| Size (SF) | : | 1,216,936 |
| Zoning | : | N/A |
| Frontage | : | Kingsland Boulevard: 792 FF |
| | | Grand Parkway: 615 FF |
| Utilities | : | All Available – Cimarron MUD |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-13

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 7
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $12,170,000 |
| Price/SF | : | $10.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The property sold for multi-family development with on-site detention. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-14

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 8

 

#### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | SWC of Mercantile Parkway and Grand West Boulevard, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 6.904 acres in Block 3, Section 9, H.T. & B.R.R. Survey, Abstract 421, Harris County, TX |

#### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | January 11, 2018 |
| Grantor | : | Parkside NEC Grand Parkway/I-10, LTD. |
| Grantee | : | Grand Ten West II, LP |
| Tax ID No. | : | 140-513-002-0025, 140-513-002-0025, Mulitple parcels |
| Recording No. | : | RP-2018-15832 |

#### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 6.904 |
| Size (SF) | : | 300,756 |
| Zoning | : | N/A |
| Frontage | : | Mercantile Parkway: 740 FF |
| | | Grand West Boulevard: 575 FF |
| Utilities | : | All Available – Harris County MUD # 63 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-15

**TRACTS A, B, & C LAND SALES COMPARABLES**

## TRACTS A, B, & C LAND COMPARABLE NO. 8
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,909,828 |
| Price/SF | : | $13.00 |
| Proposed Use | : | Commercial Mixed Use, Residential Condominium |
| Comments | : | The buyer developed retail, office, and residential condominiums on the site. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-16

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 9

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Fort Bend County, TX |
| Location | : | W/S of Grand Parkway, N of Bay Hill Boulevard, Houston ETJ, Fort Bend County, TX 77494 |
| Legal Description | : | 6.453 acres being Restricted Reserve A, in Block 1, of Carriage Landing Section 1, Fort Bend County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | November 03, 2017 |
| Grantor | : | Carriage Management, Inc. |
| Grantee | : | Katy Parkway Market, LLC |
| Tax ID No. | : | R330831, R500846, R492164, R500847 |
| Recording No. | : | 2017.122750 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 6.453 |
| Size (SF) | : | 281,095 |
| Zoning | : | N/A |
| Frontage | : | Grand Parkway: 338 FF |
| Utilities | : | All Available - Harris-Fort Bend MUD # 5 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-17

**TRACTS A, B, & C LAND SALES COMPARABLES**

## TRACTS A, B, & C LAND COMPARABLE NO. 9
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $6,184,090 |
| Price/SF | : | $22.00 |
| Proposed Use | : | Retail |
| Comments | : | Two pad sites on facing the Grand Parkway were subdivided and sold out of this tract. A reciprocal access agreement provides vehicular and pedestrian access between the sites and to the remaining acreage in the rear of the property. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-18

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 10

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Fort Bend County, TX |
| Location | : | Wraps the NE/C of Buc-ee's Boulevard and the IH-10, Katy, Fort Bend County, TX 77494 |
| Legal Description | : | 11.810 acres out of Restricted Reserve N, West Ten Business Park Commercial Reserves "N" & "O" Subdivision, Thomas Cresop Survey, Abstract No. 369, Fort Bend County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | September 20, 2017 |
| Grantor | : | Parkside-Stratford/I-10, LTD |
| Grantee | : | Retail Rental Fund 1, LTD |
| Tax ID No. | : | R469450; R511874 |
| Recording No. | : | 2017.103411 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 11.810 |
| Size (SF) | : | 514,444 |
| Zoning | : | None |
| Frontage | : | IH-10: 880 FF |
| | | Buc-ee's Boulevard: 900 FF |
| | | Interstate Highway 10: 620 FF |
| Utilities | : | All Available – Katy West MUD |
| Flood Plain | : | 10% in the 500-year floodplain |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-19

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 10
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's Length |
| Sales Price | : | $5,026,118 |
| Price/SF | : | $9.77 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property sold for commercial retail development. The site is partially located within the 500-year floodplain and has access to all utilities. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-20

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 11

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris County, TX |
| Location | : | NW/C of Grand West Boulevard and Grand Circle Boulevard and SE/C of Mercantile Parkway and Grand Circle Boulevard, and, Katy, Harris County, TX 77479 |
| Legal Description | : | 7.427 acres in Block 3, Section 9, H.T. & B.R.R. Survey, Abstract 421, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | July 26, 2017 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, Ltd. |
| Grantee | : | A-S 142 Shops at Katy Grand, L.P. |
| Tax ID No. | : | 128-396-001-0006 |
| Recording No. | : | RP-2017-334509 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 7.427 |
| Size (SF) | : | 323,529 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 782 FF |
| | | Grand West Boulevard: 269 FF |
| | | Mercantile Parkway: 268 FF |
| Utilities | : | All Available – Harris County MUD # 63 |
| Flood Plain | : | None known to affect Property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-21

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 11
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $4,852,935 |
| Price/SF | : | $15.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The buyer, NewQuest properties, developed the site with two retail centers and ground-leased the remaining portion of the tract to a golf entertainment facility. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-22

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 12

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | SE/C of Colonial Parkway and Partnership Way; Bound by Colonial Parkway, Partnership Way, Grand Circle Boulevard, and Westside Way, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 11.272 acres in Block 3, Section 9, H.T. & B.R.R. Survey, Abstract 421, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 23, 2017 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, Ltd. |
| Grantee | : | Gross Land I-A, LP |
| Tax ID No. | : | 128-396-001-0005 |
| Recording No. | : | RP-2017-279299 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 11.272 |
| Size (SF) | : | 491,004 |
| Zoning | : | N/A |
| Frontage | : | Colonial Parkway: 1,338 FF |
| | | Partnership Way: 343 FF |
| | | Fashion Way: 340 FF |
| | | Grand Circle Boulevard: 1,220 FF |
| Utilities | : | All Available – Harris County MUD #62 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-23

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 12
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $5,401,044 |
| Price/SF | : | $11.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The broker confirmed the sale to Gross Land, I-A, L.P., for $11/SF, initially planning a multifamily development on the site. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-24

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 13




#### General Data

| | | |
|---|---|---|
| Property Type | : | Effectively Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | NW/C of Grand Circle Boulevard and Partnership Way, SE/C of Colonial Parkway and Partnership Way, Wrapping the SE/C of Grand Parkway and Colonial Parkway, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 15.592 acres being Unrestricted Reserve A, Block 1, Westside Mall Sec. 1 Partial Replat No. 1 Subdivision, Block 3, Section 9, H.T. & B. R.R. Survey, Abstract 421, Harris County, TX |

#### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | October 12, 2016 |
| Grantor | : | Parkside NEC Grand Parkway/I-10, Ltd. |
| Grantee | : | Grand Ten West, LP |
| Tax ID No. | : | 121-388-001-0001, multiple parcels |
| Recording No. | : | RP-2016-461394 |

#### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 15.592 |
| Size (SF) | : | 679,177 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 600 FF |
| | | Colonial Parkway: 588 FF |
| | | Partnership Way: 448 FF |
| | | Grand Parkway: 164 FF |
| Utilities | : | All Available – Harris County MUD #62 & 63 |
| Flood Plain | : | None known to affect the property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-25

**TRACTS A, B, & C LAND SALES COMPARABLES**

## TRACTS A, B, & C LAND COMPARABLE NO. 13
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $6,112,593 |
| Price/SF | : | $9.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property was purchased for a grocery anchored shopping center development, known as Katy Asian Town. There is visibility from, but no access to the Grand Parkway. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-26

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 14

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston, Harris County, TX |
| Location | : | NE/C of Merchants Way and Primewest Parkway, Houston, Harris County, TX 77449 |
| Legal Description | : | 4.340 Reserve "A", Block 1, Mason Creek Corporate Subdivision Section 5, out of the W.C.R.R. Co. Survey, Abstract 985, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | May 27, 2016 |
| Grantor | : | Mason Paradigm, LP |
| Grantee | : | Ethanisky Ventures, LLC |
| Tax ID No. | : | 135-385-001-0001 |
| Recording No. | : | RP-2016-230484 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 4.340 |
| Size (SF) | : | 189,050 |
| Zoning | : | N/A |
| Frontage | : | Merchants Way: 480 FF |
| | | Primewest Parkway: 400 FF |
| Utilities | : | All Available - City of Houston |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-27

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 14
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $2,268,605 |
| Price/SF | : | $12.00 |
| Proposed Use | : | Medical Facility |
| Comments | : | The brokers indicated that the purchaser intended to develop an occupational therapy medical facility on the site. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-28

**TRACTS A, B, & C LAND SALES COMPARABLES**

### TRACTS A, B, & C LAND COMPARABLE NO. 15

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | NW/C of Interstate 10 and Merchants Way, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 4.382 acres out of Unrestricted Reserve A, Block 1, Mason Creek Corporate, Section 8, Subdivision, out of the W.C.R.R. Co. Survey, Abstract No. 904, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 18, 2015 |
| Grantor | : | Parkside-Remuda/Mason, Ltd. |
| Grantee | : | Mason Creek Partners, LLC (45%), UA Capital, Inc. (22.5%), Fadi's Katy, LLC (22.50%), Jacobs Commercial, LLC (10.0%), as undivided tenants in common |
| Tax ID No. | : | 135-812-001-0001 |
| Recording No. | : | 2015.0267915 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 4.382 |
| Size (SF) | : | 190,884 |
| Zoning | : | N/A |
| Frontage | : | Interstate 10: 550 FF |
| | | Merchants Way: 340 FF |
| Utilities | : | All Available – Weston MUD |
| Flood Plain | : | 50% within the 500-year flood plain |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-29

**TRACTS A, B, & C LAND SALES COMPARABLES**

## TRACTS A, B, & C LAND COMPARABLE NO. 15
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,626,815 |
| Price/SF | : | $19.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property is a part of the Mason Creek Corporate development.  A multi-tenant retail shopping center was built on the site.  A pipeline easement encumbers the property near the south line of the tract, within the building setback line. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-30

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 1

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Fort Bend County, TX |
| Location | : | NE/C of Interstate 10 and Pin Oak Road, Katy, Fort Bend County, TX 77494 |
| Legal Description | : | 29.440 acres in the Jesse Thompson Survey, Abstract 393, and the John McKnight Survey, Abstract 292, Fort Bend County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 29, 2018 |
| Grantor | : | Katy Village, LP |
| Grantee | : | American Furniture Warehouse, Co. |
| Tax ID No. | : | 482849 |
| Recording No. | : | 2018.073041 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 29.440 |
| Size (SF) | : | 1,282,406 |
| Zoning | : | C-2 - General Business District |
| Frontage | : | Interstate 10: 1,350 FF |
| | | Pin Oak Road: 980 FF |
| | | Pin Oak Court: 1,270 FF |
| Utilities | : | None |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-31

**TRACT D LAND SALES COMPARABLES**

## TRACT D LAND COMPARABLE NO. 1
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $15,388,877 |
| Price/SF | : | $12.00 |
| Proposed Use | : | Commercial Development |
| Comments | : | The property was sold for development of a distribution warehouse with a retail showroom. No public utilities were immediately available on the site at the time of sale. Approximately 5 acres were reserved for a CenterPoint facility. The buyer paid a premium for the interstate frontage for retail exposure. The buyer constructed a driveway from the I-10 frontage road and built Pin Oak Court to provide additional access on the north line of the property. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-32

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 2

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris & Fort Bend County, TX |
| Location | : | NE/C of Interstate-10 and Pin Oak Road, S/S of Highway 90, Katy, Harris & Fort Bend County, TX 77494 |
| Legal Description | : | 84.011 acres located in the Jesse Thompson Survey, Abstract 393, the John McKnight Survey, Abstract 292, and the J.W. McCutcheon Survey, Abstract 1348 in Fort Bend County, Texas and in the John McKnight Survey, Abstract 1451, and the J.W. McCutcheon Survey, Abstract 1348 in Harris County, Texas, Harris & Fort Bend County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | April 04, 2018 |
| Grantor | : | Omega III Investment Company |
| Grantee | : | Katy Village, LP |
| Tax ID No. | : | Multiple within Harris and Fort Bend Counties |
| Recording No. | : | RP-2018-143713 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 84.011 |
| Size (SF) | : | 3,659,519 |
| Zoning | : | Planned Development District |
| Frontage | : | Interstate-10: 3,191 FF |
| | | Pin Oak Road: 1,080 FF |
| | | Highway 90: 429 FF |
| Utilities | : | None |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-33

**TRACT D LAND SALES COMPARABLES**

## TRACT D LAND COMPARABLE NO. 2
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $23,786,874 |
| Price/SF | : | $6.50 |
| Proposed Use | : | Mixed-Use Commercial Development |
| Comments | : | The site was purchased for the mixed-use commercial development Village at Katy. Portions of the property were dedicated for detention. No public utilities were available on the site at the time of sale. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-34

**TRACT D LAND SALES COMPARABLES**

## TRACT D LAND COMPARABLE NO. 3

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | Wraps the SW/C of Kingsland Boulevard and the Grand Parkway, Houston ETJ, Harris County, TX 77494 |
| Legal Description | : | 27.937 acres in the Frank Hamilton Survey, Abstract 1262, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | March 02, 2018 |
| Grantor | : | St. Luke's Health System Corporation |
| Grantee | : | OH SL, LP |
| Tax ID No. | : | 140-663-001-0001 and 131-342-001-0002 |
| Recording No. | : | RP-2018-91996 and -91997 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 27.937 |
| Size (SF) | : | 1,216,936 |
| Zoning | : | N/A |
| Frontage | : | Kingsland Boulevard: 792 FF |
| | | Grand Parkway: 615 FF |
| Utilities | : | All Available – Cimarron MUD |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-35

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 3
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $12,170,000 |
| Price/SF | : | $10.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The property sold for multi-family development with on-site detention. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-36

**TRACT D LAND SALES COMPARABLES**

**TRACT D LAND COMPARABLE NO. 4**

**General Data**

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Fort Bend County, TX |
| Location | : | W/S of Grand Parkway, N of Bay Hill Boulevard, Houston ETJ, Fort Bend County, TX 77494 |
| Legal Description | : | 6.453 acres being Restricted Reserve A, in Block 1, of Carriage Landing Section 1, Fort Bend County, TX |

**Recording Data**

| | | |
|---|---|---|
| Date of Sale | : | November 03, 2017 |
| Grantor | : | Carriage Management, Inc. |
| Grantee | : | Katy Parkway Market, LLC |
| Tax ID No. | : | R330831, R500846, R492164, R500847 |
| Recording No. | : | 2017.122750 |

**Property Data**

| | | |
|---|---|---|
| Size (Ac.) | : | 6.453 |
| Size (SF) | : | 281,095 |
| Zoning | : | N/A |
| Frontage | : | Grand Parkway: 338 FF |
| Utilities | : | All Available - Harris-Fort Bend MUD # 5 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-37

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 4
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $6,184,090 |
| Price/SF | : | $22.00 |
| Proposed Use | : | Retail |
| Comments | : | Two pad sites on facing the Grand Parkway were subdivided and sold out of this tract.  A reciprocal access agreement provides vehicular and pedestrian access between the sites and to the remaining acreage in the rear of the property. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-38

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 5

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Fort Bend County, TX |
| Location | : | Wraps the NE/C of Buc-ee's Boulevard and the IH-10, Katy, Fort Bend County, TX 77494 |
| Legal Description | : | 11.810 acres out of Restricted Reserve N, West Ten Business Park Commercial Reserves "N" & "O" Subdivision, Thomas Cresop Survey, Abstract No. 369, Fort Bend County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | September 20, 2017 |
| Grantor | : | Parkside-Stratford/I-10, LTD |
| Grantee | : | Retail Rental Fund 1, LTD |
| Tax ID No. | : | R469450; R511874 |
| Recording No. | : | 2017.103411 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 11.810 |
| Size (SF) | : | 514,444 |
| Zoning | : | None |
| Frontage | : | IH-10: 880 FF |
| | | Buc-ee's Boulevard: 900 FF |
| | | Interstate Highway 10: 620 FF |
| Utilities | : | All Available – Katy West MUD |
| Flood Plain | : | 10% in the 500-year floodplain |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-39

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 5
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's Length |
| Sales Price | : | $5,026,118 |
| Price/SF | : | $9.77 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property sold for commercial retail development. The site is partially located within the 500-year floodplain and has access to all utilities. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-40

**TRACT D LAND SALES COMPARABLES**



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-41

**TRACT D LAND SALES COMPARABLES**



**C.A. No. 4:19-CV-2928**
**Defendant's Exhibit 19-42**

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 7

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston, Harris County, TX |
| Location | : | NW/C Grand Parkway and Franz Road, Houston, Harris County, TX 77493 |
| Legal Description | : | 67.548 Restricted Reserves "A", "B", and "C", Block 1, of Forbidden Gardens Subdivision, out of the William Spear Survey, Abstract 1535 and the H.&T.C.RR. Co. Survey, Abstract 458, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | December 21, 2015 |
| Grantor | : | Green Ever Company, Inc. |
| Grantee | : | SABIC Americas, Inc. |
| Tax ID No. | : | 118-274-001-0001 |
| Recording No. | : | 2015.0576629 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 67.548 |
| Size (SF) | : | 2,942,408 |
| Zoning | : | N/A |
| Frontage | : | Grand Parkway: 2,680 FF |
| | | Franz Road: 870 FF |
| Utilities | : | All Available – Harris County MUD #65 |
| Flood Plain | : | 20% within the 500-year floodplain |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-43

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 7
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $21,479,581 |
| Price/SF | : | $7.30 |
| Proposed Use | : | Commercial/Office Park |
| Comments | : | The broker indicated SABIC intends to construct its corporate campus on the site. The net useable acreage on the site is 61.264 acres, and the net useable price per square foot is $8.05. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-44

**TRACT D LAND SALES COMPARABLES**

### TRACT D LAND COMPARABLE NO. 8

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | NW/C of Interstate 10 and Merchants Way, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 4.382 acres out of Unrestricted Reserve A, Block 1, Mason Creek Corporate, Section 8, Subdivision, out of the W.C.R.R. Co. Survey, Abstract No. 904, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 18, 2015 |
| Grantor | : | Parkside-Remuda/Mason, Ltd. |
| Grantee | : | Mason Creek Partners, LLC (45%), UA Capital, Inc. (22.5%), Fadi's Katy, LLC (22.50%), Jacobs Commercial, LLC (10.0%), as undivided tenants in common |
| Tax ID No. | : | 135-812-001-0001 |
| Recording No. | : | 2015.0267915 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 4.382 |
| Size (SF) | : | 190,884 |
| Zoning | : | N/A |
| Frontage | : | Interstate 10: 550 FF |
| | | Merchants Way: 340 FF |
| Utilities | : | All Available – Weston MUD |
| Flood Plain | : | 50% within the 500-year flood plain |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-45

**TRACT D LAND SALES COMPARABLES**

## TRACT D LAND COMPARABLE NO. 8
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,626,815 |
| Price/SF | : | $19.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property is a part of the Mason Creek Corporate development. A multi-tenant retail shopping center was built on the site. A pipeline easement encumbers the property near the south line of the tract, within the building setback line. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 19-46