PAIRED SALES

## PAIRED LAND SALE "BEFORE" NO. 1

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston, Harris County, TX |
| Location | : | Bound by Colonial Parkway, Ravello Drive, Merchants Way, and Westside Parkway, Houston, Harris County, TX 77449 |
| Legal Description | : | 21.771 Unrestricted Reserve "A", Block 1, Westside Office Park Section 1, out of Block 3, Section 7, in the W.C.R.R. Co. Survey, Abstract 903, & Unrestricted Reserve "A", Westside Office Park Section 1, out of Block 3, in the W.C.R.R. Co. Survey, Abstract 903, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | November 30, 2012 & February 25, 2014 |
| Grantor | : | Grandway Park LLC |
| Grantee | : | Katy Remington LP; Merchants Acquisition LLC |
| Tax ID No. | : | 1316180010001; -0002; |
| Recording No. | : | 2012.0565367;2014.0076598 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 21.771 |
| Size (SF) | : | 948,327 |
| Zoning | : | N/A |
| Frontage | : | Merchants Way: 970 FF |
| | | Westside Parkway: 945 FF |
| | | Colonial Parkway: 770 FF |
| Utilities | : | All Available - Harris County MUDs #61 & 62 |
| Flood Plain | : | None known to affect property |

C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 20

**PAIRED SALES**

## PAIRED LAND SALE "BEFORE" NO. 1
## (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $5,689,964 |
| Price/SF | : | $6.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The buyer noted that the sale of the property was made in two transactions: 13.7 acres on the south side of Colonial Parkway were purchased, followed by the approximately 8 acres immediately to the south. The buyer stated the blended rate for the purchase of both tracts was approximately $6/sf. The Allen Harrison Company built a 352-unit, 14-building Class A apartment complex on the north 13.7 acres. There were no restrictions to development on the two tracts. |



**PAIRED SALES**

### PAIRED LAND SALE "AFTER" NO. 1, 4, & 7

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | NE/C of Merchant's Way and Westside Parkway and NW/C of Merchant's Way and Ravello Road, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 7.989 acres out of Unrestricted Reserve "A", in the in the Westside Office Park Section 1 Subdivision, in Block 3, Section 7, of the W.C.R.R. Co. Survey, Abstract No. 903, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | August 24, 2022 |
| Grantor | : | Merchants Acquisition LLC |
| Grantee | : | CRP/AR Prose Merchants Way Owner, L.P. |
| Tax ID No. | : | 131-618-001-0001 |
| Recording No. | : | 2022.433520 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 7.989 |
| Size (SF) | : | 348,011 |
| Zoning | : | N/A |
| Frontage | : | Merchant's Way: 975 FF |
| | | Westside Parkway: 355 FF |
| | | Ravello Road: 350 FF |
| Utilities | : | All Available - Harris County MUD #s 61 & 62 |
| Flood Plain | : | None known to affect the property |

**PAIRED SALES**

**PAIRED LAND SALE "AFTER" NO. 1, 4, & 7**
**(Continued)**

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $8,700,275 |
| Price/SF | : | $25.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The seller did not confirm the closing price; however, he stated the target price of $25 per square foot was exceeded. The buyer is Alliance Residential Company. |



PAIRED SALES

**PAIRED LAND SALE "BEFORE" NO. 2**

 

**General Data**

| | | |
|---|---|---|
| Property Type | : | Effectively Vacant Land |
| City, County, State | : | Houston ETJ, Harris County, TX |
| Location | : | NW/C of Grand Circle Boulevard and Partnership Way, SE/C of Colonial Parkway and Partnership Way, Wrapping the SE/C of Grand Parkway and Colonial Parkway, Houston ETJ, Harris County, TX 77449 |
| Legal Description | : | 15.592 acres being Unrestricted Reserve A, Block 1, Westside Mall Sec. 1 Partial Replat No. 1 Subdivision, Block 3, Section 9, H.T. & B. R.R. Survey, Abstract 421, Harris County, TX |

**Recording Data**

| | | |
|---|---|---|
| Date of Sale | : | October 12, 2016 |
| Grantor | : | Parkside NEC Grand Parkway/I-10, Ltd. |
| Grantee | : | Grand Ten West, LP |
| Tax ID No. | : | 121-388-001-0001, multiple parcels |
| Recording No. | : | RP-2016-461394 |

**Property Data**

| | | |
|---|---|---|
| Size (Ac.) | : | 15.592 |
| Size (SF) | : | 679,177 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 600 FF |
| | | Colonial Parkway: 588 FF |
| | | Partnership Way: 448 FF |
| | | Grand Parkway: 164 FF |
| Utilities | : | All Available – Harris County MUD # |
| Flood Plain | : | None known to affect the property |

**PAIRED SALES**

### PAIRED LAND SALE "BEFORE" NO. 2
### (Continued)

#### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $6,112,593 |
| Price/SF | : | $9.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property was purchased for a grocery anchored shopping center development, known as Katy Asian Town. There is visibility from, but no access to the Grand Parkway. |



**PAIRED SALES**

### PAIRED LAND SALE "AFTER" NO. 2, 3, &8

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris County, TX |
| Location | : | Bound by Colonial Parkway, Westside Way, Grand Circle Boulevard, and Partnership Way, Katy, Harris County, TX 77449 |
| Legal Description | : | 11.272 acres situated in the H.T. & B.R.R. Survey, Block 3, Section 9, Abstract 421, and the H.T. & B.R.R. Survey, Block 3, Section 7, Abstract 903, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | August 30, 2019 |
| Grantor | : | Gross Land I-A, LP |
| Grantee | : | Grand Ten West III, LP |
| Tax ID No. | : | 128-396-001-0005 |
| Recording No. | : | RP-2019-385577 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 11.272 |
| Size (SF) | : | 491,008 |
| Zoning | : | N/A |
| Frontage | : | Colonial Parkway: 1,338 FF |
| | | Grand Circle Boulevard: 1,220 FFF |
| | | Partnership Way: 343 FF |
| | | Fashion Way: 340 FF |
| Utilities | : | All Available – Harris County MUD #62 |
| Flood Plain | : | None known to affect property |

**PAIRED SALES**

### PAIRED LAND SALE "AFTER" NO. 2, 3, &8
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $9,820,166 |
| Price/SF | : | $20.00 |
| Proposed Use | : | Commercial Mixed Use |
| Comments | : | The property was purchased and subdivided into 6 separate tracts and re-sold. The subdivided tracts have been developed with commercial mixed use, commercial office, and proposed senior living residential. |



125 | P a g e

C.A. No. 4:19-CV-2928
Defendant's Exhibit 20-8

**PAIRED SALES**

### PAIRED LAND SALE "BEFORE" NO. 3




| General Data | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Unincorporated, Harris County, TX |
| Location | : | Bound by Colonial Parkway, Westside Way, Grand Circle Boulevard, and Partnership Way, Unincorporated, Harris County, TX 77449 |
| Legal Description | : | 11.272 acres in Block 3, Section 9, H.T. & B.R.R. Survey, Abstract 421, Harris County, TX |

| Recording Data | | |
|---|---|---|
| Date of Sale | : | June 23, 2017 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, Ltd. |
| Grantee | : | Gross Land I-A, LP |
| Tax ID No. | : | 128-396-001-0005 |
| Recording No. | : | RP-2017-279299 |

| Property Data | | |
|---|---|---|
| Size (Ac.) | : | 11.272 |
| Size (SF) | : | 491,004 |
| Zoning | : | N/A |
| Frontage | : | Colonial Parkway: 1,338 FF |
| | | Grand Circle Boulevard: 1,220 FFF |
| | | Partnership Way: 343 FF |
| | | Fashion Way: 340 FF |
| Utilities | : | All Available - Harris County MUD #62 |
| Flood Plain | : | None known to affect property |

**PAIRED SALES**

## PAIRED LAND SALE "BEFORE" NO. 3
### (Continued)

**Sales Data**

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $5,401,044 |
| Price/SF | : | $11.00 |
| Proposed Use | : | Multi-Family Development |
| Comments | : | The broker confirmed the sale to Gross Land, I-A, L.P., for $11/SF, initially planning a multifamily development on the site. |



127 | P a g e

**PAIRED SALES**

### PAIRED LAND SALE "BEFORE" NO. 4

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris County, TX |
| Location | : | SEC of Mercantile Parkway and Grand Circle Boulevard, and NWC of Grand West Boulevard and Grand Circle Boulevard, Katy, Harris County, TX 77479 |
| Legal Description | : | 7.427 acres in Block 3, Section 9, H.T. & B.R.R. Survey, Abstract 421, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | July 26, 2017 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, Ltd. |
| Grantee | : | A-S 142 Shops at Katy Grand, L.P. |
| Tax ID No. | : | 128-396-001-0006 |
| Recording No. | : | RP-2017-334509 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 7.427 |
| Size (SF) | : | 323,529 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 782 FF |
| | | Grand West Boulevard: 269 FF |
| | | Mercantile Parkway: 268 FF |
| Utilities | : | All Available - Harris County MUD #63 |
| Flood Plain | : | None known to affect Property |

C.A. No. 4:19-CV-2928
Defendant's Exhibit 20-11

**PAIRED SALES**

## PAIRED LAND SALE "BEFORE" NO. 4
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $4,852,935 |
| Price/SF | : | $15.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The buyer, NewQuest properties, developed the site with two retail centers and ground-leased the remaining portion of the tract to a golf entertainment facility. |



**PAIRED SALES**

**PAIRED LAND SALE "BEFORE" NO. 5**

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris County, TX |
| Location | : | NE/C of Grand Circle Boulevard and Grand West Boulevard, Katy, Harris County, TX 77449 |
| Legal Description | : | 2.522 acres situated in the H.T. & B.R.R. Survey, Block 3, Section 8, Abstract 1330, and the H.T. & B.R.R. Survey, Block 3, Section 9, Abstract 421, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | December 21, 2017 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, Ltd. |
| Grantee | : | Orconn Equity, LLC |
| Tax ID No. | : | 128-396-005-0005 |
| Recording No. | : | RP-2017-562772 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 2.522 |
| Size (SF) | : | 109,858 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 310 FF |
| | | Grand West Boulevard: 200 FF |
| Utilities | : | All Available – Harris County MUD #63 |
| Flood Plain | : | None known to affect Property |

**PAIRED SALES**

## PAIRED LAND SALE "BEFORE" NO. 5
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $1,867,246 |
| Price/SF | : | $17.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | The property was purchased for development of a restaurant. |



131 | P a g e

**PAIRED SALES**

### PAIRED LAND SALE "AFTER" NO. 5

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris County, TX |
| Location | : | S of Mercantile Parkway, W/S of Grand Circle Boulevard, Katy, Harris County, TX 77449 |
| Legal Description | : | 1.250 acres situated in the W.C.R.R. Co. Survey, Block 3, Section 7, Abstract 903, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | June 22, 2022 |
| Grantor | : | BCS Katy Grand LLC |
| Grantee | : | Castle Star Texas LLC |
| Tax ID No. | : | A portion of 128-396-005-0009 |
| Recording No. | : | RP-2022-331847 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 1.250 |
| Size (SF) | : | 54,450 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 265 FF |
| Utilities | : | All Available – Harris County MUD #62 |
| Flood Plain | : | None known to affect property |

**PAIRED SALES**

## PAIRED LAND SALE "AFTER" NO. 5
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $1,252,350 |
| Price/SF | : | $23.00 |
| Proposed Use | : | Commercial Retail |
| Comments | : | Confidential confirmation |



133 | P a g e

**PAIRED SALES**

## PAIRED LAND SALE "BEFORE" NO. 6, 7, & 8

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Unincorporated, Harris County, TX |
| Location | : | SWC of Mercantile Parkway and Grand West Boulevard, Unincorporated, Harris County, TX 77449 |
| Legal Description | : | 6.904 acres in Block 3, Section 9, H.T. & B.R.R. Survey, Abstract 421, Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | January 11, 2018 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, LTD. |
| Grantee | : | Grand Ten West II, LP |
| Tax ID No. | : | 140-513-002-0025, 140-513-002-0025, Mulitple Parcels |
| Recording No. | : | RP-2018-15832 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 6.904 |
| Size (SF) | : | 300,756 |
| Zoning | : | N/A |
| Frontage | : | Mercantile Parkway: 740 FF |
| | | Grand West Boulevard: 575 FF |
| Utilities | : | All Available - Harris County MUD # 63 |
| Flood Plain | : | None known to affect property |

**PAIRED SALES**

## PAIRED LAND SALE "BEFORE" NO. 6, 7, & 8
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,909,828 |
| Price/SF | : | $13.00 |
| Proposed Use | : | Commercial Mixed Use, Residential Condominium |
| Comments | : | The buyer developed retail, office, and residential condominiums on the site. |



135 | P a g e

**PAIRED SALES**

### PAIRED LAND SALE "AFTER" NO. 6

 

### General Data

| | | |
|---|---|---|
| Property Type | : | Vacant Land |
| City, County, State | : | Katy, Harris County, TX |
| Location | : | N/S of Grand Circle Boulevard, approximately 385 feet E of Grand West Boulevard, Katy, Harris County, TX 77449 |
| Legal Description | : | 4.000 acres situated in the H.T. & B.R.R. Co. Survey, Block 3, Section 9, Abstract 421, the H.T. & B.R.R. Co. Survey, Block 3, Section 8 (C.P. Collis Survey), Abstract 1330, the W.C. R.R. Co. Survey, Block 3, Section 7, Abstract 903, and the W.C. R.R. Co. Survey, Block 3, Section 8 (G.H. Lolly Survey, Abstract 1410), Harris County, TX |

### Recording Data

| | | |
|---|---|---|
| Date of Sale | : | April 16, 2019 |
| Grantor | : | Parkside NEC Grand Parkway/ I-10, LTD. |
| Grantee | : | Grand Circle Development, LLC |
| Tax ID No. | : | 128-396-005-0003 |
| Recording No. | : | RP-2019-154877 |

### Property Data

| | | |
|---|---|---|
| Size (Ac.) | : | 4.000 |
| Size (SF) | : | 174,240 |
| Zoning | : | N/A |
| Frontage | : | Grand Circle Boulevard: 660 FF |
| Utilities | : | All Available – Harris County MUDs #62 & 63 |
| Flood Plain | : | None known to affect property |

**PAIRED SALES**

## PAIRED LAND SALE "AFTER" NO. 6
### (Continued)

### Sales Data

| | | |
|---|---|---|
| Interest Sold | : | Fee Simple |
| Financing | : | Cash to Seller |
| Conditions of Sale | : | Arm's-Length |
| Sales Price | : | $3,048,220 |
| Price/SF | : | $17.49 |
| Proposed Use | : | Investment/Future Development |
| Comments | : | The tract was purchased for investment or future development. |



C.A. No. 4:19-CV-2928
Defendant's Exhibit 20-20