## PROFESSIONAL QUALIFICATIONS

### Matthew C. Deal, CRE

**Educational Background**

- 1984 – Graduated the Kinkaid School in Houston, Texas

- 1988 – Bachelor of Arts Degree, University of Texas at Austin

**Professional Employment Experience**

- 1989-2008 – Lewis Realty Advisors, co-managing appraiser and consultant

- 2009 – Deal Sikes, partner

**Specialized Professional Competency**

- Valuation and counseling for public and private sector clients for virtually every property type.

- Qualified as testifying expert in civil, county, district and federal courts.

- Testified in numerous forums – state legislature, depositions, jury and bench trials, mediations, arbitrations and special commissioner's hearings.

**Representative Assignments and Achievements**

- Qualified as an expert in real estate market studies and valuation in United States District Court in the Hurricane Harvey Upstream litigation.
- Led the Uptown Development Authority's negotiating team in the acquisition of private property for the widening of Post Oak Boulevard, San Felipe Road, Sage Road, South Rice Road, and Uptown Park Boulevard.
- Led the acquisition counseling and appraisal review team for the Metropolitan Transit Authority of Harris County, Texas for its expansion of light rail throughout Greater Houston.
- Served as the acquisition counselor and expert valuation witness for the acquisition of Minute Maid Park and Toyota Center by the Harris County-Houston Sports Authority.
- Counseled and testified regarding public improvement projects along Interstate Highways 10 and 45, United States Highway 59, State Highways 6 and 249, the Hardy Toll Road, the Grand Parkway, and many other roadways in Houston and other portions of the United States.

## PROFESSIONAL QUALIFICATIONS

**Publications/Presentations**

"How Much for Those Sticks in the Bundle?" CLE International Virtual Texas Eminent Domain Conference

"The Project Influence Rule," CLE International Eminent Domain Conference, Houston, Texas

"A Tale of Two Highest and Best Uses and the Resulting Disparity in Market Value," CLE International Eminent Domain Conference, Austin, Texas

"Decisions, Decisions: Determining the Size of the Subject Property," CLE International Eminent Domain Conference, Houston, Texas

"Utilizing the Appraiser as Acquisition Counselor," CLE International Eminent Domain Conference, Houston, Texas

"Potential Impacts of Leaking Underground Storage Tanks on Real Property Value," Mealey's Underground Storage Litigation Conference, Amelia Island, Florida

"Eminent Domain – The Government's Most Awesome Power over Private Property," San Francisco, California

"Case Studies in Condemnation Litigation," International Right-of-Way Association, College Station, Texas

Authored and co-authored several articles and speeches related to real property value, acquisition and disposition, and published by the Appraisal Institute, Houston Business Journal and Houston Chronicle

**Professional Affiliations**

- State Certified General Real Estate Appraiser – License No. TX-1324906-G
- Texas Real Estate Commission – Sales Agent License No. 457414
- Counselors of Real Estate – CRE designation
- Appraisal Institute – Practicing Affiliate
- International Right-of-Way Association

## PROFESSIONAL QUALIFICATIONS

**Special Assignments, Awards, and Civic Activities**

- Association Board Member – YMCA of Greater Houston, 2013-2016, 2021-Present
- Advisory Board Member - Houston Achievement Place – 2010-Present
- Speaker Committee Chairman – Appraisal Institute, 2012
- Chairman – Houston/Gulf Coast Chapter, Counselors of Real Estate, 2011
- Committee Member – Business Issues Subcommittee, Counselors of Real Estate, 2011
- Committee Member – Dispute Resolution Committee, Counselors of Real Estate, 2010-2011
- Speaker Committee Co-Chairman – Appraisal Institute, 2011
- Advisory Board – Houston Achievement Place, 2010
- Business Development Board – Bank of Houston, 2009-2010
- Board of Directors – Houston Achievement Place, 2005-2009
- Board of Directors – Houston Chapter of the Appraisal Institute, 2006-2008
- Key Person Award – Appraisal Institute, 2008
- Board of Directors – Houston Chapter of the Appraisal Institute, 2003-2005
- Public Relations Committee Chairman – Appraisal Institute, 2004
- Region VIII Representative, New Orleans, LA – Appraisal Institute, 2003
- Leadership Development and Advisory Council, Washington, D.C. – Appraisal Institute, 2002
- Board of Directors Award – Appraisal Institute, 2001
- Key Man Award – Appraisal Institute, 2000