# Matthew Deal's Four Year Testimony Log as of 10-03-22

| Date | DSA Project No. | DSA Project Name | Case Name | Court | Testimony Type |
|---|---|---|---|---|---|
| | | | Cause No. 1040236, *The State of Texas v. L.D. Walker, et al* | County Court at Law No. 4 of Harris County, Texas | |
| | | | Cause No. 1040551, *The State of Texas v. Troy K. Walker, Trustee, et al* | County Court at Law No. 3 of Harris County, Texas | |
| | | | Cause No 16-CCV-05648, *Fort Bend County Grand Parkway Toll Road Authority v. Buc-ee's, Ltd., and Fort Bend Municipal Utility District 116* | County Civil Court at Law No. 5 of Fort Bend County, Texas | |
| | | | Cause No. 15-CCV-055596, *Fort Bend County, Texas v. Amego Bank N.A., et al* | County Court at Law No. 3 of Fort Bend County, Texas | |
| | | | Cause No. 15-CCV-056156, *State of Texas and Fort Bend County v. C.M. Garner, Trustee, et al* | County Court at Law No. 2 of Fort Bend County, Texas | |
| | | | Cause No. 1090353, *The State of Texas v. UFN Texas, L.P. a Texas Limited Partnership, NKA Univision Stations Group L.P. a Delaware Limited Partnership, et al* | County Court at Law No. 3 of Harris County, Texas | |
| | | | Cause No. 2017-31142, *The State of Texas v. Rosetta Rosa Bonacorso, et al* | 269th Judicial District Court of Harris County, Texas | |
| | | | Cause No. 0078406, *State of Texas v. WFP Pecan Park, LP, a Texas Limited Partnership, et al* | County Civil Court at Law No. 1 of Galveston County, Texas | |
| | | | Cause No. 0080690, *State of Texas v. Silk Road Properties, LLC* | County Civil Court at Law No. 3 of Galveston County, Texas | |
| | | | Cause No. CV-0077624, *State of Texas v. Ibrahim and Mazen Ganim Family Partnership* | County Court at Law No. 2 of Galveston County, Texas | |
| | | | Cause No. 1041109, *State of Texas v. Wynnewood Owner, LLC, a Delaware limited liability company, et al.* | County Court at Law No. 2 of Harris County, Texas | |
| | | | Cause No. 16-11-13381, *Montgomery County v. ICG Rayford Partners, LP* | County Court at Law No. 2 of Montgomery County, Texas | |
| | | | Cause No. 1080145, *The City of Piney Point Village v. Glenn Edward Ellison and Lynn Marie Ellison* | County Court at Law No. 1 of Harris County, Texas | |
| | | | Cause No. CV-0078850, *State of Texas v. Gemtone, Inc.* | County Court at Law No. 2 of Galveston County, Texas | |
| | | | Cause No. 2017-40588, *Harris County Flood Control District v. Mohammed Naraghi and wife, Mina Naraghi, First Interstate Bank of Texas, et al* | District Court of Harris County, Texas, 190th Judicial District | |
| | | | Cause No. 2017-40588, *Harris County Flood Control District v. Mohammed Naraghi and wife, Mina Naraghi, First Interstate Bank of Texas, et al* | District Court of Harris County, Texas, 190th Judicial District | |
| | | | Cause No. 1105686, *The State of Texas v. Jason Morman, et al* | County Civil Court at Law No. 2 of Harris County, Texas | |
| | | | Cause No. 1089035, *The State of Texas v. Jason Morman* | County Civil Court at Law No. 4 of Harris County, Texas | |
| | | | Cause No. 2017-40588, *Harris County Flood Control District v. Mohammed Naraghi and wife, Mina Naraghi, First Interstate Bank of Texas, et al* | 240th Judicial District Court of Fort Bend County, Texas | |
| | | | Cause No. 13-DCV-210992, *Wells Fargo Bank, N.A. –Trustee v. Lehigh Hanson, Inc.; Campbell Concrete & Materials, LLC; and Heidelberg Cement AG* | County Court at Law No. 1 of Galveston County, Texas | |
| | | | Cause No. CV-0080378, *Texas-New Mexico Power Company v. BP AMOCO Chemical Company* | County Civil Court at Law No. 4 of Harris County, Texas | |
| | | | Cause No. 1107031, *The State of Texas v. CG 7600, LP, a Texas Limited Partnership, et al* | County Civil Court at Law No. 2 of Harris County, Texas | |
| | | | Cause No. 1100918, *The State of Texas v. CG 7600, LP, a Texas Limited Partnership, et al* | County Civil Court at Law No. 3 of Harris County, Texas | |
| | | | Cause No. 1103917, *The State of Texas v. CG 7600, LP, a Texas Limited Partnership, et al* | County Civil Court at Law No. 4 of Harris County, Texas | |
| | | | Cause No. 1103918, *The State of Texas v. CG 7600, LP, a Texas Limited Partnership, et al* | County Civil Court at Law No. 1 of Galveston County, Texas | |
| | | | Cause No. CV50679, *State of Texas v. Irfan Ali Lalani, et ux* | Judicial District Court of Wharton County, Texas | |
| | | | Cause No. 1115904, *Port of Houston Authority of Harris County, Texas v. TDWP Terminals 4, LLC* | County Civil Court at Law No. 2 of Harris County, Texas | |
| | | | Sub-Master Docket No. 17-9001L, *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs* | United States Court of Federal Claims | |
| | | | Cause No. 1115901, *Port of Houston Authority of Harris County, Texas v. Onzie Properties-Hou LLC* | County Civil Court at Law No. 3 of Harris County, Texas | |
| | | | Cause No. 2019-31895, *Port of Houston Authority of Harris County, Texas v. AKA Land Management, LLC* | 333rd Judicial District Court of Harris County, Texas | |
| | | | Cause No. 1115905, *Port of Houston Authority of Harris County, Texas v. Ibrahim and Mazen Ganim Family Partnership, et al* | 129th Judicial District Court of Harris County, Texas | |
| | | | Cause No. CV-0077624, *The State of Texas v. Williams Tower, LP and Prudential Insurance Company of America* | County Civil Court at Law No. 2 of Galveston County, Texas | |
| | | | Cause No. 1096230, *City of Houston, Texas v. Williams Tower, LP and Prudential Insurance Company of America* | County Civil Court at Law Harris County, Texas | |
| | | | Cause No. 18DCV0720, *The Barbers Hill Independent School District v. Park Blocks, Ltd. And James M. Little a/k/a J. M. Little* | District Court at Law of Chambers County | |
| | | | Sub-Master Docket No. 17-9001L, *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs* | United States Court of Federal Claims | |
| | | | Cause No. CI58454, *The State of Texas v. Baham Interests limited Partnership, a Texas Limited Partnership, et al* | County Civil Court at Law No. 4 of Brazoria County, Texas | |
| | | | Cause No. 2019-44005, *The State of Texas v. Eldridge Crossing, Ltd., a Texas Limited Partnership, et al* | 281st Judicial District Court of Harris County, Texas | |
| | | | Cause No. 2019-47588, *The State of Texas v. Chick-Fil-A, Inc., a Georgia Corporation, et al* | 295th Judicial District Court, Harris County, Texas | |
| | | | Cause No. 2017-84654, *Mohammed Ahmed v. Sunil Kumar Mehta and Mehta Investments, Ltd.* | 334th Judicial District Court, Chambers County, Texas | |
| | | | Cause No. 19-DCV-0451, *The State of Texas v. Benes Family Limited, a Texas Limited Partnership, et al* | 334th Judicial District Court of Madison County, Texas | |
| | | | Cause No. 2017-84654, *Mohammed Ahmed v. Sunil Kumar Mehta and Mehta Investments, Ltd* | 295th Judicial District Court, Harris County, Texas | |
| | | | Cause No. 2020-CVA-0151, *The State of Texas v. 7-Eleven, Inc., a Texas Corporation, et al* | County Court at Law No. 1 of Comal County, Texas | |
| | | | Cause No. 17DCV0381, *The State of Texas v. Park Blocks, Ltd., a Texas Limited Partnership, et al* | 253rd Judicial District Court of Chambers County, Texas | |
| | | | Cause No. 2020-12313, *The State of Texas v. The Commons at Willowbrook, Inc., a Delaware Corporation, et al* | 125th Judicial District Court of Harris County, Texas | |
| | | | Cause No. 19-DCV-0451, *The State of Texas v. Benes Family Limited, a Texas Limited Partnership, et al* | 334th Judicial District Court, Chambers County, Texas | |
| | | | Sub-Master Docket No. 17-9001L, *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs* | United States Court of Federal Claims | |
| | | | Cause No. C161465, *Port Freeport v. Second Street Properties, LLC F/k/a Briarwood Holdings, LLC* | County Court at Law No. 3 of Brazoria County, Texas | |
| | | | Cause No. 2020-ED0041, *The State of Texas v. Cliftonilhomasjr, LLC, a Texas Limited Liability Company, et al* | Probate Court No. 1 of Bexar County, Texas | |
| | | | Cause No. 20-CCV-067612, *North Fort Bend Water Authority v. Lake Pointe Estates H.O.A, Inc. a/k/a Lake Pointe Estates Home Owners Association* | County Court Law of Waller County, Texas | |
| | | | Cause No. 19-16407, *Atmos Energy Corporation v. Santerland, Ltd., and First Financial Bank, N.A.* | 278th Judicial District Court of Madison County, Texas | |
| | | | Cause No. 2020-77731, *Harris County, Texas v. CG 7600 L.P.* | 157th Judicial District Court, Chambers County, Texas | |
| | | | Cause No. C-268, *Waller County Road Improvement District No. 1 v. Louis A. Tsakiris Family Partnership, Ltd. And Alex Tsakiris Family Partnership, Ltd.* | County Court of Law Waller County, Texas | |
| | | | Cause No. C-266, *Waller County Road Improvement District No. 1 v. Blimp Base Project, LP* | County Court Law of Waller County, Texas | |
| | | | Cause No. 19-CCV-066652, *The State of Texas v. Second Baptist Church, a Texas Non-Profit Corporation, et al* | County Court at Law No. 4 of Fort Bend County, Texas | |
| | | | Cause No. 19-DCV-0451, *The State of Texas v. Benes Family Limited, a Texas Limited Partnership, et al* | 334th Judicial District Court, Chambers County, Texas | |
| | | | Sub-Master Docket No. 17-9001L, *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs* | United States Court of Federal Claims | |
| | | | Cause No. 1156232, *North Harris County Region Water Authority v. Pinto Realty Development, Inc.* | County Court at Law No. 1 of Harris County, Texas | |
| | | | Cause No. 20-10-13136, *Steve Monroe, Individually and as Trustee of The Steve Monroe Exempt Trust Created Under the Will of Foye M. Monroe and Carol Ann Wolf Individually and as Trustee of the Carol Ann Wolf Exempt Trust Created Under the Will of Foye M. Monroe v. Morris Monroe* | 284th Judicial District Court of Montgomery County, Texas | |
| 1/27/2022 | 2002 | | Cause No. 138889, Division A, *LOOP LLC v. Exxon Mobil Corporation and Shell Oil Company* | 17th Judicial District Court of Lafourche Parish, Louisiana | Deposition |
| 2/8/2022 | 2195 | Evans v. Enterprise | Sub-Master Docket No. 17-9001L, *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs* | United States Court of Federal Claims | Deposition |
| 2/8/2022 | 2043.10 | Schiel Road Detention | Cause No. 2019-57694, *Mary Evans, individually and as representative of a class, and Don Weston Dorrell, Individually, vs. Enterprise Products Partners, LP, et al* | 165th Judicial District Court of Harris County, Texas | Deposition |
| 2/18/2022 | 2347 | Woods Road, Waller Co. vs. Tsakiris | Cause No. 20-56746, *Harris County Flood Control District vs. Teresa C. Torres; Schiel Stormwater Detention Basin Project, Tract 01-010.0* | 281st Judicial District Court of Harris County, Texas | Deposition |
| 2/25/2022 | 1964.309B | | Cause No. 269, *Waller County, Texas vs. Louis A. Tsakiris Family Partnership, Ltd. and Alex Tsakiris Family Partnership, Ltd.* | County Court Law of Waller County, Texas | SCH |
| 3/9/2022 | 2264.31E-02 | JC Caldwell | Cause No. CI63143, *The State of Texas vs. JC Caldwell Partners, LP, a Texas Limited Liability Partnership, et al* | County Civil Court of Law Number 2 of Brazoria County, Texas | SCH |
| 3/21/2022 | 2218.21 | Atmos - Santerland | Cause No. 1176913, *North Harris County Regional Water Authority vs. Amy Powell* | County Civil Court of Law Number 4 of Harris County, Texas | Trial |
| 3/23/2022 | 2264.31F-11 | North - Powell | Cause No. 19-16407, *Atmos Energy Corporation v. Santerland, Ltd., and First Financial Bank, N.A.* | 278th Judicial District Court of Madison County, Texas | SCH |
| 4/6/2022 | 2264.F18 | North - Clemons | Cause No. 1180730, *North Harris County Regional Water Authority v. Christopher Clemons and Kenel Tram* | County Civil Court of Law Number 3, Harris County | Trial |
| 4/8/2022 | 2291 | North - Landmark | Cause No. 1180765 *North Harris County Regional Water Authority v. Landmark Industries, LLC* | County Civil Court of Law Number 3, Harris County | SCH |
| 6/6/2022 | 2002 | Spicewood | Cause No. C-1-CV-20-004568, *City of Austin, Texas v. 6315 Spicewood, LP* | County Court at Law No. 1 of Travis County, Texas | SCH |
| 6/14/2022 | 2264.C5 | North - SIR Carrington | Cause No. 1183526, *North Harris County Regional Water Authority v. SIR Carrington Place, LLC* | County Civil Court of Law Number 3 of Harris County, Texas | SCH |
| 8/4/2022 | 2156 | Primoris Services Corporation | Cause No. CV40462, *Louis A. Tsakiris Family Partnership v. Primoris Services, Corporation, et al* | 82nd Judicial District, Falls County, Texas | Trial |
| 8/22/2022 | 2264.31 B-6 | Prologis | Cause No. 1184480, *North Harris County Regional Water Authority v. DCT Northwest Crossroads LLC And Best Sand & Redi-Mix Co., Inc. D/B/A Best Redi-Mix Co.* | County Civil Court of Law Number 1, Harris County, Texas | SCH |
| 9/8/2022 | 2264.31 A-1 | Furlong Associates Ltd and Aqua Development, Inc. | Cause No. 1187556, *North Harris County Regional Water Authority v. Aqua Texas, Inc., Furlong Associates, Ltd., and Heron Nest Owners Associates, Inc.* | County Civil Court of Law Number 1, Harris County, Texas | SCH |
| 9/8/2022 | 2264.31 A-2 | Heron Nest Owners Association | Cause No. 1187646, *North Harris County Regional Water Authority v. Furlong Associates, Ltd., Aqua Texas, Inc. and Heron Nest Owners Associates, Inc.* | County Civil Court of Law Number 3, Harris County, Texas | SCH |
| 9/26/2022 | 2242 | Briarwood Holdings, LLC | Cause No. CI61465, *Port Freeport v. Second Street Properties LLC F/K/A Briarwood Holdings, LLC* | County Civil Court at Law No. 3, Brazoria County, Texas | Deposition |
| 9/28/2022 | 2264.31B-9 | NHCRWA - Contract 31A-31F | Cause No. 1187696, *North Harris County Regional Water Authority v. G&I X Industrial Houston LP* | County Civil Court at Law No. 2, Harris County, Texas | SCH |
| 9/29/2022 | 2358 | Optimus Steel | Cause No. 24572, *Jefferson Southern Star Pipeline LLC v. Optimus Steel, LLC* | County Court at Law No. 2, Orange County, Texas | Deposition |

C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 22

C.A. No. 4:19-CV-2928
Defendant's Exhibit 22-1