P a g e | 5

## HOURLY RATES

**July 19, 2022**

| | |
|---|---|
| Matthew C. Deal, CRE | $400.00 |
| Mark O. Sikes | $400.00 |
| State Certified Appraiser/Consultant | $250.00 |
| Associate Appraiser/Consultant | $175.00 |
| Research Assistant | $100.00 |

These hourly rates are subject to change upon written notice and approval by Deal Sikes and the Client.

C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 23

**C.A. No. 4:19-CV-2928
Defendant's Exhibit 23-1**