

C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 24





C.A. No. 4:19-CV-2928
Defendant's Exhibit 24-3



C.A. No. 4:19-CV-2928
Defendant's Exhibit 24-4







C.A. No. 4:19-CV-2928
Defendant's Exhibit 24-7

