| Pair | Date | Location | Ac. | PSF | % Change | % Change/ Yr. | Proposed Use |
|---|---|---|---|---|---|---|---|
| Sale | 6/27/22 | NW/S of Grand Circle Blvd., approx. 220 feet S of Merchant's Way | 2.91 | $13.00 | - | - | Investment / Future Development |
| Resale | 3/27/24 | NW/S of Grand Circle Blvd., approx. 220 feet S of Merchant's Way | 2.91 | $35.00 | 169% | 97% | Commercial |

C.A. No. 4:19-CV-2928

DEFENDANT'S EXHIBIT 27

C.A. No. 4:19-CV-2928
Defendant's Exhibit 27-1