

DFt. EX
29